# EXHIBIT 2

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Gerova Financial Group ("Gerova"), Stillwater Capital Partners ("Stillwater"), and certain of their officers, directors and/or partners. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.     I have reviewed the complaint against Gerova and Stillwater and certain of their officers, directors and/or partners and I retain the Rosen Law Firm, P.A. as counsel in this action for all purposes.

2.     I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.     I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.     The following is a list of all of the investments and redemptions I have made in funds governed by Stillwater, and securities received in Gerova. I have made no transactions during the class period in the debt or equity securities that are the subject of this lawsuit except those set forth below.

| Stillwater Investments | Date(s) Invested | Stillwater Fund Invested in | Redemption(s) (if applicable) | Gerova Shares received (minus adjustments) |
|---|---|---|---|---|
| *See* | *attached* | | | |
| | | | | |
| | | | | |
| | | | | |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM:  (212) 202-3827

| | | | | |
|---|---|---|---|---|
| | | | | |

5.     I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):


6.     I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of
___ 2011.

**REDACTED**

Signature: _____
Name: ALBERT CHEHEBAR
Address:

Phone:
E-mail:

Item. 4 (continue from prior page if needed)

| Dollar amount of each Stillwater Investment | Date(s) Invested | Name of Stillwater Fund Invested in | Redemption(s) (if applicable) | Gerova Shares received/promised |
|---|---|---|---|---|
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827          2
OR MAIL TO:
THE ROSEN LAW FIRM, P.A.
275 MADISON AVENUE, 34TH FLOOR
NEW YORK, NY   10016

Att: LARRY ROSEN.

This was the Last Statement - I Revd. fR Stillwater.

for. ALBERT / Joyce Chehebar Accounts

TOTAL Amount as of 12/31/09

$8,784,042.96

(1)

## Stillwater Account Summary for Albert & Joyce Chehebar Accounts

| Account | Fund** | 12/31/09 Balance | Exchanged Value | Gerova Preferred Share Amount at $1,000/Share | Ordinary Share Amount at $7.60/Share |
|---|---|---|---|---|---|
| Albert & Joyce Chehebar | Stillwater Asset Backed Fund LP | $2,470,381.15 | $2,470,381.15 | 2,470.3812 | 329,384.1533 |
| Albert & Joyce Chehebar | Stillwater ABS Fund II, LP - Illiquid | $185,778.30 | $139,333.73 | 139.3337 | 18,577.8300 |
| Albert & Joyce Chehebar | Stillwater New Finance Fund II, LP - Illiquid | $1,137,883.51 | $853,412.63 | 853.4126 | 113,788.3510 |
| Albert & Joyce Chehebar | Stillwater Real Estate Partners LP | $3,000,000.00 | * | | |
| Albert & Joyce Chehebar | Stillwater West Palm Beach Venture II, LP | $1,000,000.00 | * | | |
| Albert & Joyce Chehebar | Stillwater Palisades Loan | $500,000.00 | *** | | |
| Albert & Joyce Chehebar | Stillwater Trade Capital LLC | $500,000.00 | *** | | |
| | TOTAL: | $8,784,042.96 | | | |

*The exchangable value will be subject to appraisals of the properties and audits of the Stillwater WPB Venture II, LP and Stillwater Real Estate Partners, LP, which are not expected until the first week of April 2010.

**The Stillwater Fund of Funds (ABS and New Finance) were sold at 75% of 12/31/09 NAV to GFC. This is subject to the 2009 audit, which must be delivered by June 30th, 2010.

***Stillwater Palisades Loan and Stillwater Trade Capital LLC were not a part of the merger with Gerova Financial. Please note that the balances listed represent the capital invested in those ventures.

03/22/2011  14:20 FAX                                                        ☑ 003/008

# THE STILLWATER ASSET BACKED FUND LP

## ESTIMATED CAPITAL STATEMENT

### For month ending June 30, 2009





Gabriel A. Chehebar

**MONTHLY PORTFOLIO ACTIVITY**

| Date | Transaction | Transaction Value | Class |
|------|-------------|-------------------|-------|
| | | | |

**PORTFOLIO HOLDINGS**

| | Monthly Opening Value | Monthly Ending Value | M-T-D Return | Y-T-D Return |
|---|---|---|---|---|
| Stillwater Asset Backed | $695,763.48 | $700,092.73 | 0.62% | -3.27% |
| **Total Portfolio Value:** | $695,763.48 | $700,092.73 | 0.62% | -3.27% |

*This is last Statement RCVD.*
*For GABRIEL A. CHEHEBAR.*
*ASSET BACKED FUND. $700.092.73*
*real estate Partners. $100.000.00*

Ending Capital Values reported are net of all fees and expenses including annual incentive allocation, which is taken at year-end, if earned.
Estimated monthly returns may reflect adjustments for prior periods, and are subject to adjustments at year-end audit.

41 MADISON AVENUE, 29TH FLOOR  NEW YORK, NEW YORK  10010
TEL: 212.629.7866   FAX: 212.244.3707   WWW.STILLWATERCAPITAL.COM

03/22/2011 14:20 FAX                                                                    004/008

# THE STILLWATER REAL ESTATE PARTNERS LP

## CALLED CAPITAL STATEMENT

### For month ending January 31, 2007





**MONTHLY PORTFOLIO ACTIVITY**

| Date | Transaction | Class | Shares | NAV Per Share | Transaction Value |
|------|-------------|-------|--------|---------------|-------------------|
|      |             |       |        |               |                   |

**PORTFOLIO HOLDINGS**

| Opening Portfolio Value: | Additions (Withdrawals): | Total Monthly Ending Value |
|--------------------------|--------------------------|----------------------------|
| $100,000.00 | 0.00 | $100,000.00 |

> **Please Note:** This statement is not an update on the investments, activities or returns of The Stillwater Real Estate Partners Fund. This is only a statement of your called capital, which represents 100% of your committed capital to the Fund. The Fund invests in real estate and has a 3-5 year time horizon. For an update on the transactions and investments, please refer to the Fund's Quarterly Investor Update and Newsletter. If you have any questions please do not hesitate to contact us.

Ending Capital Values reported are net of all fees and expenses including annual incentive allocation, which is taken at year-end, if earned. Estimated monthly returns may reflect adjustments for prior periods, and are subject to adjustments at year-end audit.

41 MADISON AVENUE, 29TH FLOOR · NEW YORK, NEW YORK 10010 ·
TEL: 212.629.7866 · FAX: 212.244.3707 · WWW.STILLWATERCAPITAL.COM

# STILLWATER ASSET BACKED FUND LP - RECEIVABLE

## ESTIMATED CAPITAL STATEMENT

### For month ending December 31, 2009



Michael Chehebar



**MONTHLY PORTFOLIO ACTIVITY**

| Date | Transaction | Transaction Value | Class |
|------|-------------|-------------------|-------|
| | | | |

**PORTFOLIO HOLDINGS**

| | Monthly Opening Value | Monthly Ending Value | M-T-D Return | Y-T-D Return |
|---|---|---|---|---|
| Asset Backed Fund LP - Receivable | $423,936.74 | $423,936.74 | 0.00% | 0.00% |
| Total Portfolio Value: | $423,936.74 | $423,936.74 | 0.00% | 0.00% |

*This is last Statement RCVD*
*FOR Micheal Chehebar*
*ASSET backed Fund . $423,936.74*
*Real estate Partners $100,000.00*

Ending Capital Values reported are net of all fees and expenses including annual incentive allocation, which is taken at year-end, if earned. Estimated monthly returns may reflect adjustments for prior periods, and are subject to adjustments at year-end audit.

41 MADISON AVENUE, 29TH FLOOR  NEW YORK, NEW YORK  10010
TEL: 212.629.7866  FAX: 212.244.3707  WWW.STILLWATERCAPITAL.COM

# THE STILLWATER ASSET BACKED FUND LP

## ESTIMATED CAPITAL STATEMENT

### For month ending July 31, 2009



Josef A. Chehebar



(4)

## MONTHLY PORTFOLIO ACTIVITY

| Date | Transaction | Transaction Value | Class |
|------|-------------|-------------------|-------|
|      |             |                   |       |

## PORTFOLIO HOLDINGS

|  | Monthly Opening Value | Monthly Ending Value | M-T-D Return | Y-T-D Return |
|--|----------------------|---------------------|--------------|--------------|
| Stillwater Asset Backed | $591,363.04 | $555,430.54 | -6.08% | -9.15% |
| **Total Portfolio Value:** | $591,363.04 | $555,430.54 | -6.08% | -9.15% |

*This is last Statement RCVD.*

*For Josef A. Chehebar*

*Asset Backed Fund $555,430.54*

*real estate Partners. $100,000.00*

Ending Capital Values reported are net of all fees and expenses including annual incentive allocation, which is taken at year-end, if earned.
Estimated monthly returns may reflect adjustments for prior periods, and are subject to adjustments at year-end audit.

41 MADISON AVENUE, 29TH FLOOR   NEW YORK, NEW YORK  10010
TEL: 212.629.7866   FAX: 212.244.3707   WWW.STILLWATERCAPITAL.COM

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Gerova Financial Group ("Gerova"), Stillwater Capital Partners ("Stillwater"), and certain of their officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint against Gerova and Stillwater and certain of their officers and directors and I retain the Rosen Law Firm, P.A. as counsel in this action for all purposes.

2.      I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the investments and redemptions I have made in funds governed by Stillwater, and securities received in Gerova.  I have made no transactions during the class period in the debt or equity securities that are the subject of this lawsuit except those set forth below.

| Stillwater Investments | Date(s) Invested | Stillwater Fund Invested in | Redemption(s) (if applicable) | Gerova Shares received (minus adjustments) | |
|---|---|---|---|---|---|
| $500,000 | June 21, 2007 | Asset Backed II | $22,500 (distribution) | 76,826.94 | These are all at $6 per share before 5-1 reverse split. |
| 450,000 | " | Advantage 20 Fund | — | 7,172.44 | |
| 800,000 | " | New Finance Fund II | $510,919.92 redemption | 18,771.83 | |
| 250,000 | " | Stillwater Trade Capital | 0 | 41,666.67 | |
| $100,000 TD Ameritrade FBO Renee Salem Hacen IRA | July 24, 2006 | Asset Backed Offshore Fund, LTD | | 17,685.95 | Promised. Not recd. |
| | | | | | |
| | | | | | |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM:  (212) 202-3827

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |

5.    I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.    I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _4_ day of _March_ 2011.

**REDACTED**

Signature: _Maurice Hanan_
Name:  MAURICE HANAN
Address: ▮▮▮▮▮▮▮▮▮▮

Phone: ▮▮▮▮▮▮▮▮▮▮
E-mail: ▮▮▮▮▮▮▮▮▮▮

Item. 4 (continue from prior page if needed)

| Investments | Date(s) Invested | Stillwater Fund Invested in | Redemption(s) (if applicable) | Gerova Shares received (minus adjustments) |
|-------------|------------------|-----------------------------|-------------------------------|---------------------------------------------|
| $ |  |  |  |  |
| $ |  |  |  |  |
| $ |  |  |  |  |
| $ |  |  |  |  |
| $ |  |  |  |  |
| $ |  |  |  |  |
| $ |  |  |  |  |
| $ |  |  |  |  |
| $ |  |  |  |  |
| $ |  |  |  |  |
| $ |  |  |  |  |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL TO:
THE ROSEN LAW FIRM, P.A.
275 MADISON AVENUE, 34TH FLOOR
NEW YORK, NY  10016

2

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Gerova Financial Group ("Gerova"), Stillwater Capital Partners ("Stillwater"), and certain of their officers, directors and/or partners. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint against Gerova and Stillwater and certain of their officers, directors and/or partners and I retain the Rosen Law Firm, P.A. as counsel in this action for all purposes.

2.      I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the investments and redemptions I have made in funds governed by Stillwater, and securities received in Gerova. I have made no transactions during the class period in the debt or equity securities that are the subject of this lawsuit except those set forth below.

| Dollar amount of each Stillwater Investment | Date(s) Invested | Name of Stillwater Fund Invested in | Redemption(s) (if applicable) | Gerova Shares received/promised |
|---|---|---|---|---|
| $ 3,000,000 | 2/27/06 | SW New Finance | | |
| $ 1,000,000 | 05/08/07 | SW AB II | | |
| $ 1,000,000 | 05/08/07 | SW Advantage 10 | | |
| $ 500,000 | 10/23/07 | SW Trade Capital | | |
| $ 300,000 | Jan 2008 | Palisades | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM:  (212) 202-3827

5.      I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___15___ day of March, 2011.

**REDACTED**

Signature:
Name:      Isaac Shehebar
Address:

Phone:
E-mail:

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827                    2
OR MAIL TO:
THE ROSEN LAW FIRM, P.A.
275 MADISON AVENUE, 34TH FLOOR
NEW YORK, NY   10016

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Gerova Financial Group ("Gerova"), Stillwater Capital Partners ("Stillwater"), and certain of their officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint against Gerova and Stillwater and certain of their officers and directors and I retain the Rosen Law Firm, P.A. as counsel in this action for all purposes.

2.      I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the investments and redemptions I have made in funds governed by Stillwater, and securities received in Gerova.  I have made no transactions during the class period in the debt or equity securities that are the subject of this lawsuit except those set forth below.

| Stillwater Investments | Date(s) Invested | Stillwater Fund Invested in | Redemption(s) (if applicable) | Gerova Shares received (minus adjustments) |
|---|---|---|---|---|
| $3,000,000 | 3-31-08 | Stillwater Asset Backed Fund, LP | — | none received |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM:  (212) 202-3827

5.     I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

*none*

6.     I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of April, 2011.

**REDACTED**

Signature: *[signature]*
Name: Thomas L. Wallace
Address: Manager, Prudent Partners, LP

Phone: ██████
E-mail: ██████

Item. 4 (continue from prior page if needed)

| Investments | Date(s) Invested | Stillwater Fund Invested in | Redemption(s) (if applicable) | Gerova Shares received (minus adjustments) |
|---|---|---|---|---|
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827          2
OR MAIL TO:
THE ROSEN LAW FIRM, P.A.
275 MADISON AVENUE, 34TH FLOOR
NEW YORK, NY   10016