| STILLWATER INVESTORS' LOSS CHART |||
|---|---|---|
| **Name** | **Fund Name** | **Investment Amount** |
| | | |
| **Isaac Shehebar** | SW New Finance | (3,000,000.00) |
| | SW Asset-Backed Fund II | (1,000,000.00) |
| | SW Advantage 20 | (1,000,000.00) |
| | | |
| | **TOTAL** | **(5,000,000.00)** |
| | | |
| **Albert Chehebar** | SW Asset-Backed Fund | ($2,470,381.15) |
| | SW ABS Fund II | ($185,778.30) |
| | SW New Finance Fund II | ($1,137,883.51) |
| | SW Real Estate Partners | ($3,000,000.00) |
| | SW West Palm Beach Ventures | ($1,000,000.00) |
| | | |
| Joseph Chehebar assigned to | SW Asset-Backed Fund | (555,430.54) |
| Albert Chehebar | SW Real Estate Partners | (100,000.00) |
| | | |
| Michael Chehebar assigned to | SW Asset-Backed Fund | (423,936.74) |
| Albert Chehebar | SW Real Estate Partners | (100,000.00) |
| | | |
| Gabriel Chehebar assigned to | SW Asset-Backed Fund | (700,092.73) |
| Albert Chehebar | SW Real Estate Partners | (100,000.00) |
| | | |
| | **TOTAL** | **($9,773,502.97)** |
| | | |
| **Maurice Hanan** | SW Asset-Backed Fund II | ($500,000.00) |
| | SW Advantage 20 Fund | ($250,000.00) |
| | SW Trade Capital | ($250,000.00) |
| | SW Asset-Backed Fund | (100,000.00) |
| | **TOTAL** | **(1,100,000.00)** |
| | | |
| **Prudent Partners, LP** | SW Asset-Backed Fund | (3,000,000.00) |
| | **TOTAL** | **(3,000,000.00)** |
| | | |
| | **GROUP TOTAL** | **($18,873,502.97)** |